UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN HOLT,

    Plaintiff,

v.                                                              Case No: 8:21-cv-2186-WFJ-JSS

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.
_____/

**O R D E R**

The Court has been advised by **the Notice of Settlement (Dkt. 26)** that the above-styled action has been settled as the Defendant Experian Information Solutions, Inc. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Experian Information Solutions, Inc., and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to this remaining Defendant. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on December 23, 2021.

                                                    s/*William F. Jung*
                                                    **WILLIAM F. JUNG**
                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record